## First Department, January, 1939.

### (January 6, 1939.)

In the Matter of the Application of ALFRED J. THOMAS, Petitioner, in Behalf of Himself and All Other Persons Similarly Situated, for an Order Pursuant to Article 78 of the Civil Practice Act to Compel the Performance of Certain Acts, against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York, Defendants. In the Matter of the Application of JACOB GROBISEN, Petitioner, in Behalf of Himself and All Other Persons Similarly Situated, for an Order Pursuant to Article 78 of the Civil Practice Act to Compel the Performance of Certain Acts, against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York, Defendants. In the Matter of the Application of SAMUEL BRESS, Petitioner, in Behalf of Himself and All Other Persons Similarly Situated, for an Order Pursuant to Article 78 of the Civil Practice Act to Compel the Performance of Certain Acts, against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York, Defendants.— Motion to vacate stay denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See *post*, p. 909; Id. p. 920.]

### (January 9, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUNARD WHITE STAR LIMITED, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WEISEMAN, Alias JOSEPH STRAUSS, Alias JOSEPH GOLDBERG.— Motion for reargument denied. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of LANCELOT M. BERKELEY, as Executor of and Trustee under the Last Will and Testament of FLORA H. MACIVOR, Deceased, for an Order of Prohibition against Hon. WILLIAM HARMON BLACK, Justice, and DAVID GOLDMAN.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

### (January 13, 1939.)

ELVIRA KOCH and MARIE KOCH, Respondents, v. JOHN J. FOGARTY, SEYMOUR QUEL, FRANK B. DEVLIN and LEONARD B. BICKWIT, Sued Herein as " JOHN " BICKWIT, Copartners, etc., Appellants.— Order unanimously affirmed, with